# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Allan Moore, | Case No. 2:24-cv-01684-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| Metro Police Dept., et al., | |
| Defendants. | |

On April 3, 2025, this Court ordered Plaintiff to complete the USM-285 form for each defendant and return it to the United States Marshals Service ("USMS") by May 5, 2025. ECF No. 5. On May 16, 2025, the summonses issued for each defendant were returned as unexecuted because the USMS did not receive the completed USM-285 form from Plaintiff. ECF No. 11. The Court will afford Plaintiff one last opportunity to effect service on Defendants, and it directs him to carefully follow the below instructions:

**IT IS ORDERED** that the Clerk of Court issue summonses to: (1) METRO and (2) Clark County.

**IT IS FURTHER ORDERED** that the Clerk of Court deliver the summonses and two copies of the complaint filed at ECF No. 1-1 to USMS for service.

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff two blank USM-285 forms together with a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff must complete a USM-285 form for each Defendant against whom Plaintiff's claims are proceeding and provide an address where each Defendant can be served with process. Once completed, Plaintiff must provide the completed USM-285 forms to USMS. Plaintiff shall have until June 19, 2025, to furnish USMS with the required forms.

**IT IS FURTHER ORDERED** that upon receipt of the issued summonses, the USM-285 forms, and the copies of the operative complaint—and under Federal Rule of Civil Procedure 4(c)(3)—USMS shall attempt service upon Defendants within 21 days.

**IT IS FURTHER ORDERED** that within 21 days of receiving form USM-285 from USMS showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the Defendants were served. If Plaintiff wishes to have service again attempted on a defendant, he must file a motion with the Court identifying the defendant and specifying a more detailed name and/or address for that defendant or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against each defendant may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: May 20, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE