# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Allan Moore, | Case No. 2:24-cv-01684-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Metro Police Department, et al., | |
| Defendants. | |

This Court ordered Plaintiff to complete a USM-285 form for each Defendant and furnish those forms to the U.S. Marshals ("USM") for service by June 19, 2025. ECF No. 12. The summonses were returned unexecuted because the USM never received the USM-285 forms from Plaintiff. ECF No. 14. Defendants have yet to be served, and the time to do so has passed. *See* ECF No. 10 (stating that service of process must be completed by July 2, 2025). This Court will extend the time for service (discussed below) and give Plaintiff one more chance to serve Defendants. Failure to do so will likely result in a recommendation that this case be dismissed for failure to complete service of process. Fed. R. Civ. P. 4(m).

Under Federal Rule of Civil Procedure 4(m), if the defendant is not served within 90 days after the complaint is filed, the court, on motion or on its own after notice to the plaintiff, must dismiss an action without prejudice against a defendant or order that service be made within a specified time. However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). In the absence of good cause, the court has discretion to dismiss the case without prejudice or to extend the time for service. *In re Sheehan*, 253 F.3d 507, 512 (9th Cir. 2001). Here, Plaintiff has neither moved to extend the time for service nor shown good cause for an extension. Still, this Court, in its discretion, will extend the time for service by 90 days (November 12, 2025) given Plaintiff's participation in his case. *See* ECF No. 16.

**IT IS ORDERED** that the Clerk of Court is kindly directed to: (1) issue summonses to Defendants Metro Police Department and Clark County; (2) deliver the summonses, two copies of the complaint (ECF No. 6), and this Order to the U.S. Marshal; and (3) mail Plaintiff two blank copies of Form USM-285 and a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff has until September 14, 2025, to send to the U.S. Marshal the completed USM-285 forms.

**IT IS FURTHER ORDERED** that the U.S. Marshal must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendants no later than October 13, 2025.

**IT IS FURTHER ORDERED** that service must be completed no later than November 12, 2025. Failure to timely serve Defendants will likely result in a recommendation that this case be dismissed for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: August 14, 2025

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE