**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Allan Moore, | Case No. 2:24-cv-01684-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Metro Police Department, et al., | |
| Defendants. | |

This Court ordered Plaintiff to complete a USM-285 form for each Defendant and furnish those forms to the U.S. Marshals ("USM") for service by June 19, 2025. ECF No. 12. The summonses were returned unexecuted because the USM never received the USM-285 forms from Plaintiff. ECF No. 14. This Court afforded Plaintiff one last opportunity to serve Defendants, and it extended the time for service until November 12, 2025. ECF No. 17. However, Plaintiff never received that order because he was no longer in custody. ECF No. 19. After this Court entered a minute order directing Plaintiff to update his address, he did so. ECF No. 20. Because Plaintiff never received this Court's prior order regarding service, it will extend the time for service and afford him one more chance to serve Defendants. Failure to do so will likely result in a recommendation that this case be dismissed for failure to complete service of process. Local Rule IA 11-8; Fed. R. Civ. P. 4(m).

Under Federal Rule of Civil Procedure 4(m), if the defendants are not served within 90 days after the complaint is filed, the court, on motion or on its own after notice to the plaintiff, must dismiss the action without prejudice against the unserved defendants or order that service be made within a specified time. However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). In the absence of good cause, the court has discretion to dismiss the case without prejudice or to extend the time for service. *In re Sheehan*, 253 F.3d 507, 512 (9th Cir. 2001). Here, Plaintiff has neither moved to extend the time for service nor shown good cause for an extension. Still, this Court, in

its discretion, will extend the time for service by 60 days (February 16, 2026) given Plaintiff's participation in his case.

**IT IS ORDERED** that the Clerk of Court is kindly directed to: (1) issue summonses to Defendants Metro Police Department and Clark County; (2) deliver the summonses, two copies of the complaint (ECF No. 6), and this Order to the U.S. Marshal; and (3) mail Plaintiff two blank copies of Form USM-285 and a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff will have until January 15, 2026, to send to the U.S. Marshal the completed USM-285 forms.

**IT IS FURTHER ORDERED** that the U.S. Marshal must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendants within 21 days of receiving the USM-285 forms.

**IT IS FURTHER ORDERED** that service must be completed no later than February 16, 2026. Failure to timely serve Defendants will likely result in a recommendation that this case be dismissed for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: December 16, 2025

                                                                  BRENDA WEKSLER
                                                                  UNITED STATES MAGISTRATE JUDGE